AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CHAD ALLEN MELTON,**

        **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**DONALD MORGAN, WARDEN,**

        **Respondent.**

CASE NO.  C2-10-203
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed February 9, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: February 9, 2011

JAMES BONINI, CLERK

/S/ Andy F. Quisumbing
(By) Andy F. Quisumbing
Courtroom Deputy Clerk